**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

BAKO                                              :
                                                  :
                              Plaintiff,    :        **1:26-cv-259 (ALC)**
                                                  :
            -against-                         :        **ORDER**
                                                  :
INSTAGRAM, LLC                           :
                                                  :
                         Defendant.    :
-----------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

On January 20, 2026, Defendant Instagram, LLC filed a Motion to Dismiss Plaintiff Isa

Bako's Complaint. ECF No. 7. At this time, Defendant's Motion is denied without prejudice. Per

the Court's Individual Practices, a letter requesting a pre-motion conference must be filed prior to

filing a motion to dismiss. This is particularly important for ensuring due process when the

plaintiff is a *pro se* litigant, as is the case here.

**SO ORDERED.**

**Dated:**  January 21, 2026

      **New York, New York**                          **ANDREW L. CARTER, JR.**
                                                                    **United States District Judge**